UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| CHAUNCEY A. TODD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 4:13-cv-00127-SEB-WGH |
| CAROLYN W. COLVIN, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 9/4/2014

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Joseph Jenner
jjenner@wjennerlaw.net

Thomas E. Kieper
tom.kieper@usdoj.gov